FILED

10/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0605

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0605

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CLAY BRADY RIPPLE,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 22, 2022, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2022